O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTIE JOHNSON, | ) | CASE NO. CV 14-08081 MMM (RZ) |
| Petitioner, | ) ) | |
| vs. | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CALIFORNIA INSTITUTION FOR WOMEN, | ) ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.[1]

DATED: January 29, 2015

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that it believes the reference on page 3, line 21 to a "mid-December 2013" deadline is in fact intended to be "mid-November 2014."