**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>CALIFORNIA INSTITUTION FOR WOMEN,<br><br>　　　　　Respondent. | CASE NO. CV 14-08081 MMM (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of MATTIE JOHNSON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: January 29, 2015

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE